IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEE LANSDOWN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:21-CV-0006-JAM-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Good cause appearing therefor, the order to show cause issued on February 10, 2021, ECF No. 4, is hereby discharged.  This case remains stayed pursuant to Eastern District of California General Order No. 615.

      IT IS SO ORDERED.

Dated:  July 22, 2021

                                      _____
                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE