Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    JIMMIE LEE LANSDOWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEE LANSDOWN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No.  2:21-cv-00006-JAM-DMC<br><br>STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

IT IS STIPULATED by and between Plaintiff, Jimmie Lee Lansdown ("Plaintiff"), and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the evidence of record; consider all of the relevant medical and non-medical evidence in the record to evaluate claimant's mental disorder at Step three including the opinions of claimant's treating psychiatrist, Dr. Sy (Ex. 10F), and then proceed through the remaining steps of the sequential evaluation process as necessary.

The ALJ will take any further action necessary to develop the record and issue a new decision.

///

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| | Acting United States Attorney |
| | PETER K. THOMPSON |
| | Acting Regional Chief Counsel, |
| | Region IX, Soc. Sec. Admin |
| | CHRISTOPHER J. HARRIS, GABN 329698 |
| | Acting Regional Chief Counsel, |
| | Region VI, Soc. Sec. Admin. |
| | LINDA H. GREEN, TXBN 08365480 |
| | Sp. Assist. United States Attorney |
| | |
| /s/Robert C. Weems | By: /s/Linda H. Green |
| ROBERT C. WEEMS, | LINDA H. GREEN, |
| Attorney for Plaintiff | Sp. Assist. United States Attorney, |
| | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

The Clerk of the Court shall enter judgment for plaintiff and close this case.

Dated:  December 22, 2021              /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE